IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES C. MUMMA, and TAMMY MUMMA, | ) ) ) | 4:09CV3119 |
| Plaintiffs, | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| BOSSELMAN, INC., | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to file an amended answer, (filing no. 20), is granted.

2) The defendant's amended answer, a copy of which is attached to the stipulation of the parties, shall be filed on or before September 2, 2009.

DATED this 26th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge